May 8th, 2024

**VIA ELECTRONIC MAIL TO:**

M. Scott McIntyre (Baker & Hostetler LLP)
c/o Enterprise Holdings, INC, EAN Holdings, LLC, Jason Pearson, & John Bowron
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202-4074
**smcintyre@bakerlaw.com**

   *Re:* *Jones v. Enterprise Holdings, Inc., et al., Case No. 2:23-cv-920*

## **Discovery Deadlines & Protective Order**

Dear Mr. McIntyre,

  I have received your letter dated May 3rd, 2024 regarding Defendant EAN Holdings, LLC's responses to my discovery requests and the revised protective order. After a brief review of the responses and the revised protective order, I cannot sign the protective order as it is heavily modified from its original form as it was provided by the Court. Also Defendants have missed multiple deadlines in this case. These issues will require the Court's intervention to be resolved.

Sincerely,

Tevin Jones
*Pro Se Plaintiff*