# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TEVIN JONES,**

        **Plaintiff,**      :

  v.                             **Case No. 2:23-cv-920**
                                   **Chief Judge Sarah D. Morrison**
                                   **Magistrate Judge Chelsey M.**
**ENTERPRISE HOLDINGS, INC.,**       **Vascura**
*et al.*,                           :

        **Defendants.**

## ORDER

Plaintiff Tevin Jones filed a Motion to Dismiss Case Voluntarily without prejudice. (ECF No. 46.) Mr. Jones stated that he lost his job and can no longer afford to prosecute his claims. (*Id.*) Defendants opposed, arguing that the case should be dismissed with prejudice for failure to prosecute. (ECF No. 47.) However, nothing in the record indicates that Mr. Jones has failed to prosecute his case.

Mr. Jones has not yet complied with the Court's order, requiring him to pay Defendants one hour of attorneys' fees at Defendants' attorney's hourly billing rate. (ECF No. 44.) The Court interprets Mr. Jones's Motion as a claim of indigence and inability to pay the fees. Consequently, Mr. Jones's Motion is **GRANTED.** This case is **DISMISSED WITHOUT PREJUDICE.**

        IT IS SO ORDERED.

                                              /s/ Sarah D. Morrison
                                              **SARAH D. MORRISON, CHIEF JUDGE**
                                              **UNITED STATES DISTRICT COURT**